FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

2015 SEP -8  PM 1: 34

CLERK _____
SO. DIST. OF GA.

United States of America
v.

Lisa Ranell Helton

)
)
)
)
)
)
)
)
)

Case No: 6:11CR00015-5

USM No: 17093-021

Matthew Lanier Waters
*Defendant's Attorney*

Date of Original Judgment: March 20, 2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   March 20, 2012,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/8/15

_____
*Judge's signature*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*